ADAMS *v.* BUSH.

HILL, J.  Under the pleadings and the evidence in this case, there was no
error in refusing an injunction.

> *Judgment affirmed.  All the Justices concur.*
> APRIL 11, 1917.

Petition for injunction. Before Judge Pendleton. Fulton superior court. September 1, 1916.

*W. O. Wilson,* for plaintiff.

*Green, Tilson & McKinney,* for defendant.